**MICHAEL R. PICK JR., ESQ., #234700**
*mpick@mckiernanlaw.com*
**JAMES MCKIERNAN LAWYERS**
21 Santa Rosa Street, Suite 300
San Luis Obispo, CA 93405
(805) 541-5411 - ☎
(805) 544-8329 - FAX

Attorneys for Plaintiff,
**MICHAEL ROURKE**

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL ROURKE,<br><br>**Plaintiff,**<br><br>vs.<br><br>COUNTRYWIDE BANK, F.S.B., a Business Entity, form unknown; FIRST AMERICAN TITLE COMPANY, a Business Entity, form unknown; RECONTRUST COMPANY, N.A., a Business Entity, form unknown, a wholly owned subsidiary of Bank of America, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Business Entity, form unknown; BAC HOME LOANS SERVICING, LP, a Business Entity, form unknown; COUNTRYWIDE HOME LOANS, INC., a Business Entity, form unknown; CWALT, INC., a Business Entity, form unknown; THE BANK OF NEW YORK, AS TRUSTEE FOR ALT LOAN TRUST 2007-OA11, a Business Entity, form unknown; and DOES 1-100 inclusive,<br><br>**Defendants.** | Case No. : 2:11-cv-01641-R-VBK<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND**<br><br>Date:      May 2, 2011<br>Time:     10:00 a.m.<br>Courtroom: 8<br>Judge:    Hon. Manuel L. Real |

| 1 | |
|---|---|
| 2 | **ORDER** |
| 3 | **PLEASE TAKE NOTICE THAT** on May 2, 2011 at 10:00 a.m. in Courtroom 8 of the United States District Court, Central District of California, Western Division, hearings on Plaintiff MICHAEL ROURKE's Motion for Remand and Defendants COUNTRYWIDE BANK, F.S.B., RECONTRUST COMPANY, N.A., BAC HOME LOANS SERVICING, LP, COUNTRYWIDE HOME LOANS, LP, THE BANK OF NEW YORK MELLON, CWALT, INC., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'s Motion to Dismiss were held before the Honorable Manuel Real, Judge of the United States District Court, Central District of California. |

Michael R. Pick Jr., Esq. appeared on behalf of Plaintiff.

Steven Ellis, Esq. appeared on behalf of Defendants.

Upon consideration of the Motion for Remand filed by Plaintiff and having considered the arguments of the parties, **IT IS HEREBY ORDERED** as follows:

Plaintiff's Motion for Remand is **GRANTED**.

As Plaintiff's case has been remanded to state court and this Court no longer has jurisdiction, Defendants' Motion to Dismiss is moot.

**IT IS SO ODERED.**

DATED: _May 13, 2011__

                                              **HON. MANUEL L. REAL**
                                              UNITED STATES DISTRICT JUDGE